IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MEREDITH HARPER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-228-L** |
| | § | |
| **IDEAL IMAGE OF TEXAS, LLC;** | § | |
| **RHONDA RAZ; and ANDREA** | § | |
| **POTISKA,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Motion to Dismiss (Doc. 7), filed May 26, 2020. The court **vacates** the Order of Reference issued April 28, 2020. As Defendants Ideal Image of Texas, LLC; Rhonda Raz; and Andrea Potiska have not filed an answer or motion for summary judgment, the court will treat the Motion to Dismiss as a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1). Accordingly, this action is **dismissed** as a matter of course, and no court approval is required. Fed. R. Civ. P. 41(a)(1)(A)(i). The dismissal is **without prejudice**, and the court **directs** the clerk of court to **close** this action.

**It is so ordered** this 27th day of May, 2020.

Sam A. Lindsay
United States District Judge

Order – Solo Page