IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MEREDITH HARPER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-228-L** |
| | § | |
| **IDEAL IMAGE OF TEXAS, LLC;** | § | |
| **RHONDA RAZ; and ANDREA** | § | |
| **POTISKA,** | § | |
| | § | |
| Defendants. | § | |

## AMENDED ORDER

Before the court is Plaintiff's Notice of Dismissal (Doc. 7), filed May 26, 2020, and Plaintiff's Motion to Dismiss (Doc. 9), filed June 5, 2020. As Defendants Ideal Image of Texas, LLC; Rhonda Raz; and Andrea Potiska have not filed an answer or motion for summary judgment, the court will treat the Motion to Dismiss as a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1). Accordingly, this action is **dismissed** as a matter of course, and no court approval is required. Fed. R. Civ. P. 41(a)(1)(A)(i). As requested in Plaintiff's Motion to Dismiss (Doc. 9), the dismissal is **with prejudice**, and the court **directs** the clerk of court to **close** this action.

**It is so ordered** this 31st day of July, 2020.

Sam A. Lindsay
United States District Judge

Amended Order – Solo Page